UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
LAURICE EL BADRY RAHME LTD. :
d/b/a LAURICE & CO.,
          **Plaintiff** :
                                  CIVIL ACTION NO.
                            :
                                  (Jury Demanded)
  - against- :

FEDERAL INSURANCE COMPANY, :

          **Defendant.** :
------------------------------------------------------X

### PLAINTIFF'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Plaintiff LAURICE EL BADRY RAHME LTD. d/b/a/ LAURICE & CO.**, (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

    **NONE**

                                          GOTTLIEB, RACKMAN & REISMAN, P.C.
                                          Attorneys for Plaintiff
                                          270 Madison Avenue
                                          New York, New York 10016-0601

Dated: New York, New York
        December 5, 2007        By_____
                                          George Gottlieb (GG 5761)
                                          Richard S. Schurin (RS 0199)