UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
LAURICE EL BADRY RAHME LTD.
d/b/a LAURICE & CO.,                                    **NOTICE OF APPEARANCE**

      Plaintiffs,
 -against-                                           Index No.: 1:07-CV-11030

FEDERAL INSURANCE COMPANY

      Defendants.
------------------------------------------------------------------------X


To the Clerk of this court and all parties of record:

 Please enter my appearance as counsel in this case for: Federal Insurance Company.

 I certify that I am admitted to practice in this court.


December 12, 2007                          _____
Date                                        Signature

                                            Thomas J. Cirone        TC 1510
                                            Print Name              Bar Number

                                            75 Broad Street 30th Floor
                                            Address

                                            New York      N.Y.      10004
                                            City          State     Zip Code

                                            (212) 385-1191   (212) 385-1770
                                            Phone Number     Fax Number