UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
LAURICE EL BADRY RAHME LTD.
d/b/a LAURICE & CO.,                               **NOTICE OF**
                                                   **APPEARANCE**
           Plaintiff,

  -against-                                       Index No.: 1:07-CV-11030

FEDERAL INSURANCE COMPANY

           Defendant.
------------------------------------------------------------------------X

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for: Federal Insurance Company.

    I certify that I am admitted to practice in this court.

December 12, 2007                     _____
Date                                  Signature

                               Judith F. Goodman       JFG 7031
                               Print Name              Bar Number

                               75 Broad Street 30th Floor
                               Address

                               New York      N.Y.      10004
                               City          State     Zip Code

                               (212) 385-1191     (212) 385-1770
                               Phone Number       Fax Number