# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CV 11030

Date Filed: 12/5/2007

Plaintiff:
**LAURICE EL BADRY RAHME LTD. D/B/A LAURICE & CO.,**

vs.

Defendant:
**FEDERAL INSURANCE COMPANY,**

For:
Richard Schurin
GOTTLIEB RACK MAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601

Received by STATEWIDE SUBPOENA SERVICE to be served on **FEDERAL INSURANCE COMPANY, 15 MOUNTAIN VIEW ROAD, WARREN, NJ 07059**.

I, Howard Appel (Constable), do hereby affirm that on the **7th day of December, 2007** at **2:50 pm**, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS & COMPLAINT AND JURY DEMAND** with the date and hour of service endorsed thereon by me to GRACE LIPPINCOTT as AUTHORIZED TO ACCEPT of the within named corporation.

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

Howard Appel (Constable)
PROCESS SERVER

**STATEWIDE SUBPOENA SERVICE**
P.O. Box 1339
Summit, NJ 07901
(800) 637-2962

Our Job Serial Number: 2007001013