```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURICE EL BADRY RAHME LTD. d/b/a
LAURICE & CO.,

                     Case Number: 07-CV-11030

           Plaintiff,

                     **STIPULATION**

       -against-

FEDERAL INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that defendant's time to answer the Complaint is extended through and including January 18, 2008.

Dated: New York, New York
           December 14, 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.      GOODMAN & JACOBS LLP
Attorneys for Plaintiff                              Attorneys for Defendant

_/s/_                                                          _/s/_

George Gottlieb, Esq.      (GG-5761)         Judith F. Goodman, Esq.     (JFG-7031)
Richard S. Schurin, Esq.     (RS-0199)         Thomas J. Cirone, Esq.       (TJC-1510)

270 Madison Avenue                             75 Broad St. - 30th Floor
New York, New York 10016-0601          New York, New York

SO ORDERED: 12/17/07
_/s/ U.S.D.J._

H:\WKM\LAURICE.STIP EXTENDING TIME.347.07
C:\WPC\Stipulation Extending Time (Laurice 06-722)347.07