UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAURICE EL BADRY RAHME LTD. d/b/a
LAURICE & CO.,

                                      Plaintiff,

-against-

FEDERAL INSURANCE COMPANY,

                                      Defendant.
------------------------------------------------------------------------X

Case Number: 07-CV-11030

RULE 7.1
DISCLOSURE
STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of the party and the publicly held corporations that own 10% or more of the party's stock:

            Federal Insurance Company is a wholly owned subsidiary of the Chubb
            Corporation, a publicly traded company on the New York Stock Exchange.

Dated:  New York, New York
           January 18, 2008

                                                                    GOODMAN & JACOBS LLP
                                                                    Attorneys for Defendant
                                                                    Federal Insurance Company

                                      By:  _____
                                                     Judith F. Goodman (JG 7031)
                                                     Thomas J. Cirone (TC 1510)

TO:    George Gottlieb, Esq.
         Gottlieb, Rackman & Reisman P.C.
         Attorneys for Plaintiff
         270 Madison Avenue, 8th Floor
         New York, New York 10016-0601

H:\TC\LAURICE.RULE 701.010.08