

## GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA Y. CHERNINA

February 15, 2008

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, N.Y. 10007

Re: Laurice El Badry Rahme Ltd. d/b/a Laurice & Co v. Federal Insurance Company
07 CV 11030 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff Laurice El Badry Rahme Ltd. d/b/a Laurice & Co. in the above referenced case. We write this joint letter with counsel for Defendant Federal Insurance Company to request that Your Honor schedule a settlement conference or refer the parties to a Magistrate for the purpose of settlement discussions.

Earlier this week, counsel for the parties participated in a phone conference pursuant to FRCP 26(f). Counsel agreed during such conference that this case had the potential for settlement and that the most efficient course would be to participate in a settlement conference either before Your Honor or a Magistrate Judge prior to engaging in costly discovery. Accordingly, the parties now jointly request that Your Honor either schedule a settlement conference with the Court or refer this case to a Magistrate for the purpose of settlement.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN

Richard S. Schurin

cc: Judith F. Goodman, Esq.
Goodman & Jacobs, LLP
counsel for Defendant

*Respectfully referred to Hon. R. L. Ellis, USMJ, for settlement.*

2-20-08