```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-16-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURICE EL BADRY RAHME, LTD.,                     :
                                                  :
                              Plaintiff,          :
                                                  :            **ORDER**
                - against -                        :
                                                  :     **07 Civ. 11030 (AKH) (RLE)**
FEDERAL INSURANCE COMPANY,                         :
                                                  :
                              Defendant.           :

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, May 1,

2008, at 2:00 P.M., is adjourned to Tuesday, May 27, 2008, at 2:00 P.M. If this date and time is

inconvenient, please contact Michael Brantley, at 212-805-0242, to reschedule.

**SO ORDERED this 16th day of April 2008**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**