```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
LAURICE EL BADRY RAHME LTD.,
                          Plaintiff,
         - against -
FEDERAL INSURANCE COMPANY,
                          Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **5-23-08**

ORDER

07 Civ. 11030 (AKH) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The above case, previously scheduled for a settlement conference on Thursday, May 27, 2008, at 2:00 p.m., is adjourned to Friday, June 27, 2008, at 2:30 p.m., in courtroom 9A. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

**SO ORDERED this 23rd day of May 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge