UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURICE EL BADRY RAHME LTD d/b/a
LAURICE & CO.,

                Plaintiff,                Civil Action No. 07-CV-11030 (AKH)

        v.                         **STIPULATION OF DISMISSAL**

FEDERAL INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

    It is hereby stipulated by and between the parties, through counsel, pursuant to Fed. R. Civ. P. 41, (A) (ii) that all of the claims in the above-referenced action shall be, and are hereby dismissed with prejudice.

Dated: August 12, 2008
       New York, N.Y.

                                    GOTTLIEB, RACKMAN & REISMAN P.C.

                         By:  _____
                                    Richard S. Schurin (RS 0199)
                                    George Gottlieb (GG 5761)
                                    Attorneys for Plaintiff
                                    270 Madison Avenue, 8th Floor
                                    New York, New York 10016
                                    (212) 684-3900

Dated: August 12, 2008
       New York, N.Y.

                                    GOODMAN & JACOBS LLP

                         By:  _____
                                    Judith F. Goodman (JG 7031)
                                    Attorneys for Defendant
                                    75 Broad Street, 30th Floor
                                    New York, New York 10004
                                    (212) 385-1191